UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601
Attorney for the Debtor

**Order Filed on September 8, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Jin O. Kim

| | |
|---|---|
| Case No.: | 17-15704SLM |
| Chapter: | 13 |
| Judge: | Meisel |

## ORDER AUTHORIZING RETENTION OF

Lillie Kim

The relief set forth on the following page is **ORDERED**.

**DATED: September 8, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Lillie Kim_____

as _____Realtor_____, it is hereby ORDERED:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:   Realty 7 LLC

2160 N. Central Road

Fort Lee NJ 07024

2.   Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.   If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.   The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*