UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

**Order Filed on September 18, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:
Jin O. Kim

Case No.: 17-15704SLM
Chapter: 13
Judge: Meisel

### ORDER AUTHORIZING RETENTION OF

Robert Wachtel

The relief set forth on the following page is **ORDERED**.

**DATED: September 18, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Robert Wachtel_____
as _____Short Sale Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 210 River Street, Suite 11
   Hackensack NJ 07601

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*