NOTICE OF OBJECTION TO CONFIRMATION

PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1. File with the Court an answer, explaining your position at:
**Clerk
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC            Marie-Ann Greenberg, Trustee
400 Fellowship Road, Suite 100                 30 Two Bridges Rd
Mt. Laurel, NJ 08054                           Suite 330
                                               Fairfield, NJ 07004

2. Attend the hearing scheduled to be held on 10/25/2017 in the NEWARK Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: October 17, 2017

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 791841**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT

| | |
|---|---|
| In Re:<br>    JIN O. KIM<br><br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 17-15704 - SLM<br><br>Hearing Date: 10/25/2017 |

    The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT, the holder of a Mortgage on debtor residence located at 24 AT PORT IMPERIAL AVE, WEST NEW YORK, NEW JERSEY 07093 hereby objects to the Confirmation of the debtor proposed Chapter 13 Plan on the following grounds:

1. Secured Creditor is PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT.
2. Debtor, JIN O. KIM is the owner of the property located at 24 AT PORT IMPERIAL AVENUE, WEST NEW YORK, NJ 07093.
3. On August 22, 2017, Secured Creditor filed an Amended Proof of Claim listing pre-petition arrears in the amount of $304,920.20.
4. Debtor's Plan does not provide for payment of arrears to Secured Creditor.  Debtor's Plan provides for the Debtor's pursuit of a loan modification. Debtor's Plan is speculative in nature in that the Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved.  A copy of the Debtor's Plan is attached hereto as Exhibit "A" and made a part hereof.

5. Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5). Secured Creditor objects to Debtor's Plan as it is underfunded. Debtor's Plan should be amended to fully fund the arrears owed to Secured Creditor. Absent a modification by the Debtor, confirmation of Debtor's proposed Plan should be denied.

WHEREFORE, PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT respectfully requests that the Confirmation of Debtor Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: October 17, 2017

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>791841<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT | |
| In Re:<br><br>JIN O. KIM | Case No: 17-15704 - SLM<br><br>Hearing Date: _____<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Colleen T. Mangold:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 17, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 17, 2017          /s/ *Colleen T. Mangold*
                                             Colleen T. Mangold

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JIN O. KIM<br>275 HOYM STREET<br>FORT LEE, NJ 07024 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| JIN O. KIM<br>24 AT PORT IMPERIAL AVE<br>WEST NEW YORK, NEW JERSEY 07093 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| RONALD I. LEVINE, ESQUIRE<br>210 RIVER STREET<br>SUITE 11<br>HACKENSACK, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| MARIE-ANN GREENBERG<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |

3

| | | |
|---|---|---|
| U.S. TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.