UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

JIN O. KIM
              Debtor

**Order Filed on October 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No. 17-15704SLM

Chapter 13

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: October 20, 2017**

Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Jin O. Kim
      Case No. 17-15704SLM
Order Granting Supplemental Chapter 13 Fees


The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1693.75 for services rendered and expenses in the amount of $80.75 for a total of $1774.50. The allowance shall be payable:


■    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.


ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.


The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-15704-SLM
Jin O Kim                                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 23, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db              +Jin O Kim,    275 Hoym Street,    Fort Lee, NJ 07024-5646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          James Patrick Shay   on behalf of Creditor   PMT NPL FINANCING 2015-1
           james.shay@phelanhallinan.com
          Jill Manzo   on behalf of Creditor   FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE
           TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
          Jill Manzo   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Nicholas V. Rogers   on behalf of Creditor   PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES,
           LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   PMT NPL FINANCING 2015-1 nj.bkecf@fedphe.com
          Robert Wachtel   on behalf of Debtor Jin O Kim rwachtel@ronlevinelaw.com
          Robert P. Saltzman   on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee dnj@pbslaw.org
          Ronald I. LeVine   on behalf of Debtor Jin O Kim ronlevinelawfirm@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III   on behalf of Creditor   CitiBank, N.A., not in its individual capacity
           but solely as Owner Trustee for PMT NPL FINANCING 2015-1 ecf@powerskirn.com
                                                                                  TOTAL: 12