**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    JIN O KIM

Order Filed on January 16,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

**Case No.:  17-15704**

**Hearing Date:  01/10/2018**

**Judge:  STACEY L. MEISEL**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 16, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  JIN O KIM

Case No.:  17-15704SLM

Caption of Order:  Order Denying Confirmation

_____

THIS MATTER having been scheduled before the Court on 01/10/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/10/2018 of the plan filed on 12/05/2017, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/24/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.