| | |
|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>caption in compliance with<br>D.N.J. LBR 9004-1(b)<br><br>Fein, Such, Kahn & Shepard, P.C.<br>Counsellors at Law<br>7 Century Drive-Suite 201<br>Parsippany, NJ 07054<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL<br>ASSOCIATION<br>JILL A. MANZO, ESQ.<br>BCJ132<br>bankruptcy@feinsuch.com | **Order Filed on February 5,<br>2018 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>JIN O KIM<br><br>Debtor(s) | Case No.: 13<br><br>Chapter: 17-15704 SLM<br><br>Hearing date: n/a<br><br>Judge: Honorable Stacey L.<br>Meisel |

### CONSENT ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered (2) through (4), is hereby **ORDERED**.

**DATED: February 5, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

BCJ132

Debtor: JIN O KIM
Case No: 17-15704-SLM
Caption of Order: **CONSENT ORDER VACATING THE AUTOMATIC STAY**

---

Upon the application of **FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,** as to certain real property known as and in the presence of **ROBERT WACHTEL, ESQ.**, attorney for the above named Debtor, the parties having consented to the entry of the within Order,

Ordered as follows:

1. Debtor received a Chapter 7 bankruptcy discharge on 5/4/2012 under case 12-12415-DHS. Subsequent to Debtor's bankruptcy discharge, the Debtor transferred any interest in the property located at 275 Hoym Street, Jersey City, NJ 07032 to her son, Daniel Hwang.

2. The property located at 275 Hoym Street, Jersey City, NJ 07032 is not part of the bankruptcy estate.

3. The Automatic Stay does not apply to the property located at 275 Hoym Street, Jersey City, NJ 07032. As a result, Secured Creditor is permitted to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue Secured Creditor's right as to the property.

4. The movant shall serve this Order on the Debtor, any Trustee and other interested parties.

Debtor: JIN O KIM
Case No: 17-15704-SLM
Caption of Order: **CONSENT ORDER VACATING THE AUTOMATIC STAY**

---

Consent to Form and Entry
Fein, Such, Kahn & Shepard, P.C.
Attorney for the Secured Creditor,
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

By: _____
JILL A. MANZO, ESQ.

Consent to Form and Entry
**ROBERT WACHTEL, ESQ.**
Attorney for the Debtor,
**JIN O KIM**

By: _____
ROBERT WACHTEL, ESQ.