```
United States Bankruptcy Court
District of New Jersey
caption in compliance with
D.N.J. LBR 9004-1(b)

Fein, Such, Kahn & Shepard, P.C.
Counsellors at Law
7 Century Drive-Suite 201
Parsippany, NJ 07054
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
JILL A. MANZO, ESQ.
BCJ132
bankruptcy@feinsuch.com
```

**Order Filed on February 5, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| In Re: | Case No.: 13 |
|---|---|
| JIN O KIM | Chapter: 17-15704 SLM |
| Debtor(s) | Hearing date: n/a |
|  | Judge: Honorable Stacey L. Meisel |

### CONSENT ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered (2) through (4), is hereby **ORDERED**.

**DATED: February 5, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

BCJ132

Debtor: JIN O KIM
Case No: 17-15704-SLM
Caption of Order: **CONSENT ORDER VACATING THE AUTOMATIC STAY**

---

Upon the application of **FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,** as to certain real property known as and in the presence of **ROBERT WACHTEL, ESQ.**, attorney for the above named Debtor, the parties having consented to the entry of the within Order,

Ordered as follows:

1. Debtor received a Chapter 7 bankruptcy discharge on 5/4/2012 under case 12-12415-DHS. Subsequent to Debtor's bankruptcy discharge, the Debtor transferred any interest in the property located at 275 Hoym Street, Jersey City, NJ 07032 to her son, Daniel Hwang.

2. The property located at 275 Hoym Street, Jersey City, NJ 07032 is not part of the bankruptcy estate.

3. The Automatic Stay does not apply to the property located at 275 Hoym Street, Jersey City, NJ 07032. As a result, Secured Creditor is permitted to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue Secured Creditor's right as to the property.

4. The movant shall serve this Order on the Debtor, any Trustee and other interested parties.

Debtor: JIN O KIM
Case No: 17-15704-SLM
Caption of Order: **CONSENT ORDER VACATING THE AUTOMATIC STAY**

---

Consent to Form and Entry
Fein, Such, Kahn & Shepard, P.C.
Attorney for the Secured Creditor,
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

By: _____
    JILL A. MANZO, ESQ.

Consent to Form and Entry
**ROBERT WACHTEL, ESQ.**
Attorney for the Debtor,
**JIN O KIM**

By: _____
    ROBERT WACHTEL, ESQ.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-15704-SLM
Jin O Kim                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 1       Date Rcvd: Feb 06, 2018
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
db         +Jin O Kim,   275 Hoym Street,   Fort Lee, NJ 07024-5646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    James Patrick Shay    on behalf of Creditor    PMT NPL FINANCING 2015-1 james.shay@phelanhallinan.com
    Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
    Jill Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com
    Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2015-1 nj.bkecf@fedphe.com
    Robert Wachtel    on behalf of Debtor Jin O Kim rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
    Robert P. Saltzman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee dnj@pbslaw.org
    Ronald I. LeVine    on behalf of Debtor Jin O Kim ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
    Sherri J. Braunstein    on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC, AS SERVICER FOR CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PMT NPL FINANCING 2015-1 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William M.E. Powers, III    on behalf of Creditor    CitiBank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL FINANCING 2015-1 ecf@powerskirn.com
                                                                                    TOTAL: 13