NOTICE OF OBJECTION TO CONFIRMATION

PENNYMAC CORP. has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1.    File with the Court an answer, explaining your position at:
**Clerk**
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

2.    Attend the hearing scheduled to be held on 04/25/2018 in the NEWARK Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: April 18, 2018

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 807837**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
PENNYMAC CORP.

| In Re: |
| JIN O. KIM |
| |
| Debtor |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13

Case No. 17-15704 - SLM
Hearing Date: 04/25/2018

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, PENNYMAC

CORP., the holder of a Mortgage on debtor residence located at 24 AT PORT IMPERIAL AVENUE, WEST NEW

YORK, NJ 07093 hereby objects to the Confirmation of the debtor proposed Chapter 13 Plan on the following grounds:

1.  Debtor's Chapter 13 Modified Plan proposes to surrender the property located at 24 AT PORT IMPERIAL
    AVENUE, WEST NEW YORK, NJ 07093. Paragraph #4 Section (e) entitled "Surrender" includes the
    following language with regard to the subject property:

    Remaining Unsecured Debt: Surrender in full satisfaction of claim.

2.  Secured Creditor objects to the inclusion of that language in the event Secured Creditor chooses to pursue a
    deficiency action under state law. As a result, Secured Creditor requests that language be stricken.

    WHEREFORE, PENNYMAC CORP. respectfully requests that the Confirmation of Debtor Plan be denied.

    /s/ Nicholas V. Rogers
    Nicholas V. Rogers, Esq.
    Phelan Hallinan Diamond & Jones, PC
    400 Fellowship Road, Suite 100
    Mt. Laurel, NJ 08054
    Tel: 856-813-5500 Ext. 42689
    Fax: 856-813-5501
    Email: nicholas.rogers@phelanhallinan.com

Dated: April 18, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

807837
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for PENNYMAC CORP.

In Re:

Jin O. Kim

Case No:  17-15704 - SLM

Hearing Date: _____

Judge:  STACEY L. MEISEL

Chapter:  13

## CERTIFICATION OF SERVICE

1.   I, MIGUEL ZAVALA:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents PENNYMAC CORP. in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.   On April 18, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

Objection to Plan

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  _April 18, 2018_____           /s/  *MIGUEL ZAVALA*_____
                                                                              MIGUEL ZAVALA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jin O Kim<br>275 Hoym Street<br>Fort Lee, NJ 07024 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Robert Wachtel, Esquire<br>210 River Street<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Ronald I. LeVine, Esquire<br>210 River Street<br>Suite 11<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  |  |

| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.