UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jin O Kim

Debtor,

Case No.: 17-15704

Chapter: 13

Judge: Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 28, 2018**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of __Ronald I. LeVine on behalf of Jin O Kim__ for the reduction of time for a hearing on __Motion to Sell Property Free and Clear of Liens under Section 363(f)__ __Property for sale: 100 Old Palisades Rd., Unit 3013 Fort Lee NJ__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 5, 2018__ at __11:00am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __All secured creditors and their counsel if known;  prospective buyer's counsel__

by ☒ each, ☐ any of the following methods selected by the Court:
*(if available)
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __all unsecured creditors and their counsel if known;  The Chapter 13 Standing Trustee and any other party that filed a Notice of Appearance in the case__

by ☐ each, ☒ any of the following methods selected by the Court:
*(if available)
☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

 ☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail

  ___1___ day(s) prior to the scheduled hearing; or

 ☐  may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

  ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*