UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jin O Kim

Debtor,

Case No.: 17-15704

Chapter: 13

Judge: Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 28, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of __Ronald I. LeVine on behalf of Jin O Kim__ for the reduction of time for a hearing on __Motion to Sell Property Free and Clear of Liens under Section 363(f)__ __Property for sale: 100 Old Palisades Rd., Unit 3013 Fort Lee NJ__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 5, 2018__ at __11:00am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__, Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __All secured creditors and their counsel if known; prospective buyer's counsel__

by ☒ each, ☐ any of the following methods selected by the Court:
*(if available)
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __all unsecured creditors and their counsel if known; The Chapter 13 Standing Trustee and any other party that filed a Notice of Appearance in the case__

by ☐ each, ☒ any of the following methods selected by the Court:
*(if available)
☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail _____1_____ day(s) prior to the scheduled hearing; or

☐  may be presented orally at the hearing.

8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Jin O Kim  
    Debtor

Case No. 17-15704-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 28, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db          +Jin O Kim,    275 Hoym Street,    Fort Lee, NJ 07024-5646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:

            Denise E. Carlon     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Jill Manzo     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
            Jill Manzo     on behalf of Creditor     FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com  
            Marie-Ann Greenberg     magecf@magtrustee.com  
            Nicholas V. Rogers     on behalf of Creditor     PENNYMAC CORP. nj.bkecf@fedphe.com  
            Nicholas V. Rogers     on behalf of Creditor     PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com  
            Nicholas V. Rogers     on behalf of Creditor     PMT NPL FINANCING 2015-1 nj.bkecf@fedphe.com  
            Robert Wachtel     on behalf of Debtor Jin O Kim rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
            Robert P. Saltzman     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee dnj@pbslaw.org  
            Ronald I. LeVine     on behalf of Debtor Jin O Kim ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
            Sherri Jennifer Smith     on behalf of Creditor     PENNYMAC LOAN SERVICING, LLC, AS SERVICER FOR CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PMT NPL FINANCING 2015-1 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
            William M.E. Powers, III     on behalf of Creditor     CitiBank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL FINANCING 2015-1 ecf@powerskirn.com  
                                                                                                                  TOTAL: 13