FILED
JEANNE A. NAUGHTON, CLERK

JUL 0 9 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>JIN O. KIM,<br><br>Debtor. | Case No.: 17-15704 (SLM)<br><br>Chapter: 13<br><br>Hearing Date: July 5, 2018<br><br>Judge: Vincent F. Papalia |

**ORDER APPROVING SHORT SALE OF REAL PROPERTY
AT 100 OLD PALISADES ROAD, UNIT 3013, FORT LEE, NEW JERSEY
UNDER 11 U.S.C. §§ 363(b) AND 363(f)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

Date: July 9, 2018

_____
VINCENT F. PAPALIA, U.S.B.J.

Page 2
Case:       In re Jin O. Kim
Case No.:   17-15704 (SLM)
Re:         Order Approving Short Sale of Real Property at 100 Old Palisades Road,
            Unit 3013, Fort Lee, New Jersey under 11 U.S.C. §§ 363(b) and 363(f)

---

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Motion (the "Motion") filed by the Debtor, through Robert Wachtel, Esq., to approve the Debtor's Contract of Short Sale on shortened notice to Belkis Cabrel with regard to the property located at 100 Old Palisades Road, Unit 3013, Fort Lee, New Jersey (the "Property"); and David G. Frizzell, Esq., having appeared for the Palisades at Fort Lee Condominium Association, Inc.; and the Court having considered the Debtor's submission; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on July 5, 2018 it is

**ORDERED** that the Motion to approve the sale of property pursuant to the Contract of Sale on the terms set forth herein; and it is further

**ORDERED** that the net proceeds shall be used to satisfy in full the first mortgage lien on the Property at the time of closing of the sale of the Property; and it is further

**ORDERED** that, pursuant to D.N.J. LBR 6004-1(b), the Debtor's real estate broker may be paid $13,811,60 and closing and the Debtor's counsel may be paid $1,500.00 at closing; and it is further

**ORDERED** that other reasonable and customary closing fees payable by the Debtor may be satisfied from the proceeds of sale, and adjustments to the price as provided for in the Contract of Sale may be made at closing, subject to the limitations set forth in the June 13, 2018 Short Sale Approval Letter from Selene Finance, submitted in support of the Motion; and it is further

**ORDERED** a copy of the HUD-1 Settlement statement shall be forwarded to the Chapter 13 Standing Trustee five (5) days after closing; and it is further

Page 3
Case:      In re Jin O. Kim
Case No.:  17-15704 (SLM)
Re:        Order Approving Short Sale of Real Property at 100 Old Palisades Road,
           Unit 3013, Fort Lee, New Jersey under 11 U.S.C. §§ 363(b) and 363(f)

---

**ORDERED** that the 14-day-stay under Fed. R. Bankr. P. 6004(h) is hereby waived; and it is further

**ORDERED** that the Palisades at Fort Lee Condominium Association, Inc. (the "Association"), agrees to accept not less than $3,696.00 from the sale proceeds, provided, however, that, if such proceeds exceed the other payoff amounts approved by this Order, the Association shall be increased by the excess proceeds amount, but not to exceed $7,950.00. The Debtor has represented that he is not receiving any proceeds from the sale, which is approved on that basis.