JUL 0 9 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: 17-15704 (SLM) |
| JIN O. KIM, | Chapter: 13 |
|  | Hearing Date: July 5, 2018 |
| Debtor. | Judge: Vincent F. Papalia |

**ORDER APPROVING SHORT SALE OF REAL PROPERTY AT 100 OLD PALISADES ROAD, UNIT 3013, FORT LEE, NEW JERSEY UNDER 11 U.S.C. §§ 363(b) AND 363(f)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

Date: July 9, 2018

_____
VINCENT F. PAPALIA, U.S.B.J.

Page 2
Case:      In re Jin O. Kim
Case No.:  17-15704 (SLM)
Re:        Order Approving Short Sale of Real Property at 100 Old Palisades Road,
           Unit 3013, Fort Lee, New Jersey under 11 U.S.C. §§ 363(b) and 363(f)

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Motion (the "Motion") filed by the Debtor, through Robert Wachtel, Esq., to approve the Debtor's Contract of Short Sale on shortened notice to Belkis Cabrel with regard to the property located at 100 Old Palisades Road, Unit 3013, Fort Lee, New Jersey (the "Property"); and David G. Frizzell, Esq., having appeared for the Palisades at Fort Lee Condominium Association, Inc.; and the Court having considered the Debtor's submission; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on July 5, 2018 it is

**ORDERED** that the Motion to approve the sale of property pursuant to the Contract of Sale on the terms set forth herein; and it is further

**ORDERED** that the net proceeds shall be used to satisfy in full the first mortgage lien on the Property at the time of closing of the sale of the Property; and it is further

**ORDERED** that, pursuant to D.N.J. LBR 6004-1(b), the Debtor's real estate broker may be paid $13,811,60 and closing and the Debtor's counsel may be paid $1,500.00 at closing; and it is further

**ORDERED** that other reasonable and customary closing fees payable by the Debtor may be satisfied from the proceeds of sale, and adjustments to the price as provided for in the Contract of Sale may be made at closing, subject to the limitations set forth in the June 13, 2018 Short Sale Approval Letter from Selene Finance, submitted in support of the Motion; and it is further

**ORDERED** a copy of the HUD-1 Settlement statement shall be forwarded to the Chapter 13 Standing Trustee five (5) days after closing; and it is further

Page 3
Case:        In re Jin O. Kim
Case No.:    17-15704 (SLM)
Re:          Order Approving Short Sale of Real Property at 100 Old Palisades Road,
             Unit 3013, Fort Lee, New Jersey under 11 U.S.C. §§ 363(b) and 363(f)

---

**ORDERED** that the 14-day-stay under Fed. R. Bankr. P. 6004(h) is hereby waived; and it is further

**ORDERED** that the Palisades at Fort Lee Condominium Association, Inc. (the "Association"), agrees to accept not less than $3,696.00 from the sale proceeds, provided, however, that, if such proceeds exceed the other payoff amounts approved by this Order, the Association shall be increased by the excess proceeds amount, but not to exceed $7,950.00. The Debtor has represented that he is not receiving any proceeds from the sale, which is approved on that basis.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-15704-SLM
Jin O Kim                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 09, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.
db             +Jin O Kim,    275 Hoym Street,    Fort Lee, NJ 07024-5646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Jill Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE
               TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    PENNYMAC CORP. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES,
               LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2015-1 nj.bkecf@fedphe.com
              Robert Wachtel    on behalf of Debtor Jin O Kim rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dnj@pbslaw.org
              Ronald I. LeVine    on behalf of Debtor Jin O Kim ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Sherri Jennifer Smith    on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC, AS SERVICER FOR
               CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PMT NPL FINANCING
               2015-1 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiBank, N.A., not in its individual capacity
               but solely as Owner Trustee for PMT NPL FINANCING 2015-1 ecf@powerskirn.com
                                                                                             TOTAL: 13