UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

Jin O. Kim
          Debtor

Order Filed on January 17, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 17-15704SLM

Judge: Stacey L. Meisel

### REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: January 17, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Jin O. Kim
    Case No. 17-15704SLM
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $3585.00 for services rendered and expenses in the amount of $124.93 for a total of $3709.93. However, Debtor's Counsel will accept the amount of $726.00 previously held by the Chapter 13 Trustee but already refunded to the debtor as payment in full. The allowance shall be payable:

☒    outside the Chapter 13 plan.