UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

Jin O. Kim
        Debtor

Order Filed on January 17,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 17-15704SLM

Judge: Stacey L. Meisel

## REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: January 17, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Jin O. Kim
      Case No. 17-15704SLM
Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $3585.00 for services rendered and expenses in the amount of $124.93 for a total of $3709.93. However, Debtor's Counsel will accept the amount of $726.00 previously held by the Chapter 13 Trustee but already refunded to the debtor as payment in full. The allowance shall be payable:

    ■    outside the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-15704-SLM
Jin O Kim                                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                  Date Rcvd: Jan 17, 2019
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.
db            +Jin O Kim,    275 Hoym Street,    Apt. 2J,    Fort Lee, NJ 07024-5617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
        National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
       James Patrick Shay    on behalf of Creditor    PMT NPL FINANCING 2015-1 jpshay@mdwcg.com,
        jpshay@gmail.com
       Jill   Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        bankruptcy@feinsuch.com
       Jill   Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for PROF-2013-S3 LEGAL TITLE
        TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
       Marie-Ann  Greenberg    magecf@magtrustee.com
       Nicholas V. Rogers    on behalf of Creditor    PENNYMAC CORP. nj.bkecf@fedphe.com
       Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2015-1, BY PENNYMAC LOAN SERVICES,
        LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com
       Nicholas V. Rogers    on behalf of Creditor    PMT NPL FINANCING 2015-1 nj.bkecf@fedphe.com
       Robert   Wachtel    on behalf of Debtor Jin O Kim rwachtel@ronlevinelaw.com,
        irr72645@notify.bestcase.com
       Robert P. Saltzman    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
        National Association, as Legal Title Trustee dnj@pbslaw.org
       Ronald I. LeVine    on behalf of Debtor Jin O Kim ronlevinelawfirm@gmail.com,
        irr72645@notify.bestcase.com
       Sherri Jennifer Smith    on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC, AS SERVICER FOR
        CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR PMT NPL FINANCING
        2015-1 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William M.E. Powers, III    on behalf of Creditor    CitiBank, N.A., not in its individual capacity
        but solely as Owner Trustee for PMT NPL FINANCING 2015-1 ecf@powerskirn.com
                                                                                                    TOTAL: 14